# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. No. 4:20-CR-743 SEP (JMB) |
| ) | |
| JOSHUA THOMAS, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT JOSHUA THOMAS'
## THIRD MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

COMES NOW Defendant Joshua Thomas ("Defendant"), by and through his attorney, James W. Schottel, Jr., and for his Third Motion for Extension and to File Pretrial Motions, and states to this Court as follows:

1. The pretrial motion filing deadline is Monday, August 9, 2021.

2. The undersigned has an outpatient surgery scheduled for Monday, August 9, 2021.

3. Counsel has not completed his review of discovery.

4. This Court ordered the case complex designation (Doc. #28).

5. Counsel needs additional time to review the discovery and discuss the evidence with Mr. Thomas.

6. Because of the foregoing, Defendant respectfully request an extension of 30 days to file pretrial motions.

WHEREFORE, for the foregoing reasons, Defendant Joshua Thomas respectfully requests this Honorable Court to grant his Third Motion for Extension and to File Pretrial Motions and for such other and further relief this Honorable Court deems just and proper under the circumstances.

Respectfully submitted,

SCHOTTEL & ASSOCIATES, P.C.

BY: s/*James W. Schottel, Jr.*
    James W. Schottel, Jr.   #51285MO
    906 Olive St., PH
    St. Louis, MO 63101
    (314) 421-0350
    (314) 421-4060 facsimile
    jwsj@schotteljustice.com

    Attorney for Defendant
    Joshua Thomas

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2021 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

    Jennifer Lauren Szczucinski
    jennifer.szczucinski@usdoj.gov

    Attorney for Plaintiff
    United States of America


    s/*James W. Schottel, Jr.*